UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Charles E. Taylor,                                                                                   Civil No. 04-4314 (DWF/SRN)

                Petitioner,

v.                                                                                                **ORDER**

Warden Carol Holinka, FCI Waseca,

                Respondent.

___

Charles E. Taylor, *Pro Se*, Petitioner.

Elizabeth C. Peterson, Assistant United States Attorney, United States Attorney's Office, counsel for Respondent.

___

This matter is before the Court upon Petitioner's objections to Magistrate Judge Susan Richard Nelson's Report and Recommendation dated September 2, 2005, recommending that Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 be denied and dismissed with prejudice and that Petitioner's Motion to Expedite be denied as moot.

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of the parties, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(c).

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. Petitioner Charles E. Taylor's objections (Doc. No. 19) to Magistrate Judge Susan Richard Nelson's Report and Recommendation dated September 2, 2005, are **DENIED**.

2. Magistrate Judge Susan Richard Nelson's Report and Recommendation dated September 2, 2005 (Doc. No. 18), is **ADOPTED**.

3. Petitioner Charles E. Taylor's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

4. Petitioner Charles E. Taylor's Motion to Expedite (Doc. No. 17) is **DENIED AS MOOT**.


Dated: September 21, 2005            s/Donovan W. Frank
                                     DONOVAN W. FRANK
                                     Judge of United States District Court